# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00782-CV

**Eddie Joe Hamilton; International Home Capital Corp.; Express Equities Corp. d/b/a First Priority Mortgage; and Kevin Smith, Appellants**

**v.**

**Bluebonnet Manufactured Homes, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT NO. GN200307, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## MEMORANDUM OPINION

Appellants filed an unopposed motion to dismiss their appeal advising that they have settled their dispute with appellee and no longer desire to pursue this appeal.

The appeal is dismissed on motion of appellants. Tex. R. App. P. 42.1(a)(2).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellants= Motion

Filed: January 30, 2003